**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edward Otis RUTLAND, Defendant–
Appellant.**

**No. 01–7897.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 6, 2002.

Edward Otis Rutland, Appellant Pro Se. Jane Barrett Taylor, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward Otis Rutland appeals from the district court's order dismissing his "Motion to Dismiss the Indictment as Defective" as a successive 28 U.S.C.A. § 2255 (West Supp.2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Rutland,* No. CR–91–132 (D.S.C. Oct. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*